# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LENLIE FOSTER, | ) |
|       Plaintiff, | ) |
| v. | ) Case No: CIV-16-1095-C |
| CURTIS 1000, INC., a foreign corporation, | ) |
|       Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL *WITH* PREJUDICE

Pursuant to FED. R. CIV. P. 41(a), Plaintiff, by and through her attorneys of record, and Defendant, by and through its attorneys of record, stipulate to the dismissal *with* prejudice of all claims and causes of action brought in this case by the Plaintiff. The parties stipulate that they shall each bear their own attorneys fees and costs.

*s/Blake Sonne*_____
Blake Sonne, OBA #20341
SONNE LAW FIRM, PLC
P.O. Box 667
Norman, Oklahoma 73070
(405) 664-2919
(405) 872-8897 (fax)
bsonne21@yahoo.com
**ATTORNEYS FOR PLAINTIFF**

*s/Adam W. Childers*
*(signed with permission)*
Adam W. Childers
Melissa R. McDuffey
CROWE & DUNLEVY
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102
(405) 235-7700
(405) 239-6651 (Fax)
adam.childers@crowedunlevy.com
melissa.mcduffey@crowedunlevy.com
**ATTORNEYS FOR DEFENDANT**